Form defntc (Rev. 4/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Panama City Division

In Re:  Donald Thomas Janovyak
     aka Donald T. Janovyak Jr.
     SSN/ITIN: xxx–xx–1469
     Debtor

Bankruptcy Case No.:  19–50059–KKS

Chapter:  7
Judge:  Karen K. Specie

**CLERK'S DEFICIENCY NOTICE**

    NOTICE IS GIVEN THAT you have failed to file and/or have not properly filed the following document(s) required by the court:

    Attorney Disclosure Statement due 05/14/2019
    Emp Inc Rcds / Stmt No Emp Inc due 05/14/2019
    Stmt Curr Monthly Inc (122A–1) due 05/14/2019
    Schedule A/B due 05/14/2019
    Schedule C due 05/14/2019
    Schedule D due 05/14/2019
    Schedule E/F due 05/14/2019
    Schedule G due 05/14/2019
    Schedule H due 05/14/2019
    Schedule I due 05/14/2019
    Schedule J due 05/14/2019
    Statement of Financial Affairs due 05/14/2019
    Statement of Intent due 05/14/2019
    Summary of Schedules due 05/14/2019

    Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. All documents or amendments must be executed and acknowledged by the debtor and attorney of record. Failure to file all required documents, complete with signatures and/or declarations, may result in your case being dismissed.

Dated: May 1, 2019

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

Service: by the Court to all Parties in Interest